THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN J. CONNOLLY, Appellant.

Submitted February 23, 2015; decided March 26, 2015

Motion for assignment of counsel granted and David C. Schopp, Esq., The Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

Judge FAHEY taking no part.